IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID DEVEE,                                3:13-CV-00268-ST

        Plaintiff,                       ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,[1]

        Defendant.

BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#24) on July 16, 2014, in which she recommends

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as Defendant in this case.  No further action need be taken to continue this case by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405.

1 - ORDER

this Court reverse the Commissioner's decision and remand this matter for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#24). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g), for further administrative proceedings.

IT IS SO ORDERED.

DATED this 25th day of August, 2014.

*[signature]*
ANNA J. BROWN
United States District Judge