# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

**DAVID DEVEE,**

        Plaintiff,

  v.

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

        Defendant.

Case No. 3:13-cv-00268-ST

**ORDER**

**STEWART, Magistrate Judge:**

      Plaintiff's Amended Stipulated Application for Fees Pursuant to EAJA (docket #29) is GRANTED.  Plaintiff is awarded attorney's fees in the amount of $5,259.12 pursuant to the Equal Access to Justice Act, 28 USC § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made by check sent to Steven J. Munson, 600 SW Broadway, Suite 405, Portland, OR  97205.  In accordance with the Assignment of EAJA Fee signed by plaintiff, payment shall be made in the name of Steven J. Munson if no debt subject to offset exists.

      DATED  October 23, 2014.

                                              s/ Janice M. Stewart
                                              Janice M. Stewart
                                              United States Magistrate Judge